

# Fourth Court of Appeals

## San Antonio, Texas

July 12, 2016

No. 04-16-00269-CV

**IN THE ESTATE OF BILLYE M. HORMUTH, DECEASED**,

From the Probate Court No 2, Bexar County, Texas
Trial Court No. 2011PC4120
Honorable Tom Rickhoff, Judge Presiding

## O R D E R

Appellant's brief was due to be filed by July 6, 2016. Neither the brief nor a motion for extension of time has been filed. It is therefore ORDERED that appellant show cause in writing within fifteen days from the date of this order why this appeal should not be dismissed for want of prosecution. TEX. R. APP. P. 38.8(a).

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of July, 2016.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court